UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-74 |
| | ) | |
| DAVID JACKSON. | ) | |
| ASHLEA LAUGHLIN | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 10, 2010. [Doc. 40]. The Magistrate Judge recommends that the motion to dismiss the indictment filed by Ashlea Laughlin, [Doc. 26], and the motion to dismiss the indictment filed by David Jackson, [Doc. 28], be denied. The defendants have not filed any objections to this report.

After careful *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendants' motions to dismiss, and the response of the government, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendants' motions to dismiss are **DENIED.** [Docs. 26 and 28].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

1