David Jackson
#83418004
~~U.S.P. Atwater~~ United State Penitentury
P.O. Box 019001
Atwater, CA 95301



U.S. District Court
Eastern District of Tennessee
Office of The Clerk

220 West Depot Street, Suite 200
Greeneville, Tn. 37743